IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 98-cr-00209-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE MICHAEL GREENWALD

    Defendant.
_____

**MINUTE ORDER**
_____

**JUDGE WALKER D. MILLER**
Ginny Kramer, Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Hearing on the supervised release violation will be held **October 21, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 6, 2010

                                        Ginny Kramer, Deputy Clerk